| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br><br>FOR CALENDAR YEAR 2004 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Conner, Christopher C | 2. Court or Organization<br><br>Middle District Pennsylvania | 3. Date of Report<br><br>5/12/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5. ReportType (check appropriate type)<br><br>◯ Nomination,  Date<br><br>◯ Initial  ◉ Annual  ◯ Final | 6. Reporting Period<br><br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br><br>P.O. Box 847<br><br>Harrisburg, PA 17108-0847 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____  Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | Wildcat Foundation (term expired January, 2004) |
| 2. | Trustee | Trustee Account #1 |
| 3. | Shareholder | Bison Lodge, Inc. (Hunting camp) |
| 4. | Custodian | Brokerage Accounts #2, #3, #4 and #5 |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 01/01/97 | Participant in the Mette Evans & Woodside 401(k) Retirement Plan. No control. Account closed in 2004 with all funds directly rolled over into an IRA account. |

RECEIVED May 16 3 43 PM '05 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2004 | Commonwealth of Pennsylvania |
| 2. | 2004 | Widener University (part time law professor) |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE  - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | New York Intellectual Property Lawyers Association (NYIPLA) | March 26, 2004 - New York City - Meals and lodging |
| 2. | Colburn Bertholon Rowland | July 31 to August 1, 2004 - Hershey, PA - Meals, lodging and golf |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ **NONE** - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Drew Anthon | 5 tickets to NBA basketball game | $475 |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ **NONE** - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Merrill Lynch | Margin account | J |

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C | 5/12/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Commerce Bank/Harrisburg cash accounts | A | Interest | L | T | | | | | |
| 2. PNC Bank, NA cash accounts | A | Interest | J | T | | | | | |
| 3. Wachovia Bank cash accounts | A | Interest | J | T | | | | | |
| 4. Dow Chemical Company common stock | A | Dividend | J | T | | | | | |
| 5. PNM Resources Inc. common stock | A | Dividend | J | T | | | | | |
| 6. BROKERAGE ACCOUNT #1 | | | | | | | | | |
| 7. - Cash equivalent accounts | A | Dividend | J | T | | | | | |
| 8. - Templeton World Fund Class A | A | Dividend | J | T | | | | | |
| 9. BROKERAGE ACCOUNT #2 | | | | | | | | | |
| 10. - Cash equivalent accounts | A | Interest | J | T | | | | | |
| 11. - Certificate of Deposit, Western Bank of PR, 2.2% | A | Interest | J | T | Bought | 11/16 | J | | |
| 12. - Coca Cola common stock | A | Dividend | J | T | | | | | |
| 13. - Emerson Electric Co. common stock | A | Dividend | J | T | | | | | |
| 14. - AllianceBernstein Lg Cap Growth Fd Cl B (formerly Premier) | | None | J | T | | | | | |
| 15. - Van Kampen Emerging Growth Fund Class B | | None | J | T | | | | | |
| 16. - NM General Motors Acceptance Corp. 5.25% due 11/15/04 | A | Interest | | | Matured | 11/15 | J | | |
| 17. - NM General Motors Acceptance Corp. 6.0% due 11/15/06 | A | Interest | J | T | | | | | |
| 18. - Conagara Capital L.C. (pub traded pship - cum prefd bonds) | A | Interest | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C | 5/12/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. - Boeing Capital Corp. notes, 3.45% due 11/15/07 | A | Interest | J | T | | | | | |
| 20. BROKERAGE ACCOUNT #3 | | | | | | | | | |
| 21. - Cash equivalent accounts | A | Interest | J | T | | | | | |
| 22. - Certificate of Deposit, Western Bank of PR, 2.2% | A | Interest | J | T | Bought | 11/16 | J | | |
| 23. - Coca Cola common stock | A | Dividend | J | T | | | | | |
| 24. - Emerson Electric Co. common stock | A | Dividend | J | T | | | | | |
| 25. - AllianceBernstein Lg Cap Growth Fd Cl B (formerly Premier) | | None | J | T | | | | | |
| 26. - Van Kampen Emerging Growth Fund Class B | | None | J | T | | | | | |
| 27. - NM General Motors Acceptance Corp. 5.25% due 11/15/04 | A | Interest | | | Matured | 11/15 | J | | |
| 28. - NM General Motors Acceptance Corp. 6.0% due 11/15/06 | A | Interest | J | T | | | | | |
| 29. - Conagara Capital L.C. (pub traded pship - cum prefd bonds) | A | Interest | J | T | | | | | |
| 30. - Boeing Capital Corp. notes, 3.45% due 11/15/07 | A | Interest | J | T | | | | | |
| 31. BROKERAGE ACCOUNT #4 | | | | | | | | | |
| 32. - Cash equivalent accounts | A | Interest | J | T | | | | | |
| 33. - Certificate of Deposit, Western Bank of PR, 2.2% | A | Interest | J | T | Bought | 11/16 | J | | |
| 34. - Coca Cola common stock | A | Dividend | J | T | | | | | |
| 35. - Emerson Electric Co. common stock | A | Dividend | J | T | | | | | |
| 36. - AllianceBernstein Lg Cap Growth Fd Cl B (formerly Premier) | | None | J | T | | | | | |

1. Income/Gain Codes: (See Columns B1 and D4)
A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000

3. Value Method Codes: (See Column C2)
Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C | 5/12/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. - Van Kampen Emerging Growth Fund Class B | | None | J | T | | | | | |
| 38. - NM General Motors Acceptance Corp. 5.25% due 11/15/04 | A | Interest | | | Matured | 11/15 | J | | |
| 39. - NM General Motors Acceptance Corp. 6.0% due 11/15/06 | A | Interest | J | T | | | | | |
| 40. - Conagara Capital L.C. (pub traded pship - cum prefd bonds) | A | Interest | J | T | | | | | |
| 41. - Boeing Capital Corp. notes, 3.45% due 11/15/07 | A | Interest | J | T | | | | | |
| 42. BROKERAGE ACCOUNT #5 | | | | | | | | | |
| 43. - Cash equivalent accounts | A | Interest | J | T | | | | | |
| 44. - Certificate of Deposit, Western Bank of PR, 2.2% | A | Interest | J | T | Bought | 11/16 | J | | |
| 45. - Coca-Cola common stock | A | Dividend | J | T | | | | | |
| 46. - Emerson Electric Co. common stock | A | Dividend | J | T | | | | | |
| 47. - AllianceBernstein Lg Cap Growth Fd Cl B (formerly Premier) | | None | J | T | | | | | |
| 48. - Van Kampen Emerging Growth Fund Class B | | None | J | T | | | | | |
| 49. - NM General Motors Acceptance Corp. 5.25% due 11/15/04 | A | Interest | | | Matured | 11/15 | J | | |
| 50. - NM General Motors Acceptance Corp. 6.0% due 11/15/06 | A | Interest | J | T | | | | | |
| 51. - Conagara Capital L.C. (pub traded pship - cum prefd bonds) | A | Interest | J | T | | | | | |
| 52. - Boeing Capital Corp. notes, 3.45% due 11/15/07 | A | Interest | J | T | | | | | |
| 53. BROKERAGE ACCOUNT #6 | | | | | | | | | |
| 54. - ML Fundamental Growth A | | None | K | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C | 5/12/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55.  - Templeton World Fund Class A | A | Dividend | K | T | | | | | |
| 56.  - ML Muni Bond Insured PT A | A | Interest | J | T | | | | | |
| 57.  BROKERAGE ACCOUNT #7 | | | | | | | | | |
| 58.  - TCW Galileo Select Equities I (X) | | None | J | T | Partial sale | Var | J | A | |
| 59.  BROKERAGE ACCOUNT #8 | | | | | | | | | |
| 60.  - Van Kampen Comstock Fund Class A | A | Dividend | J | T | Partial sale | 2/5 | J | A | |
| 61.  - TCW Galileo Select Equities I (X) | | None | J | T | Partial sale | Var | J | A | |
| 62.  BROKERAGE ACCOUNT #9 | | | | | | | | | |
| 63.  - Van Kampen Comstock Fund Class A | A | Dividend | J | T | Partial sale | 2/5 | J | A | |
| 64.  - TCW Galileo Select Equities I (X) | | None | J | T | Partial sale | Var | J | A | |
| 65.  BROKERAGE ACCOUNT #10 | | | | | | | | | |
| 66.  - Van Kampen Comstock Fund Class A | A | Dividend | J | T | Partial sale | 2/5 | J | A | |
| 67.  - TCW Galileo Select Equities I (X) | | None | J | T | Partial sale | Var | J | A | |
| 68.  PENSION PLAN #1 (401-K) | | | | | | | | | |
| 69.  - ABN AMRO Income Plus | B | Dividend | | | Rollover | 9/14 | L | A | See Note in Part VIII |
| 70.  MERRILL LYNCH IRRA #1 | | | | | | | | | |
| 71.  - Cash equivalent accounts | B | Interest | M | T | | | | | |
| 72.  - GMAC Corporate bond due 10/15/06 | B | Interest | K | T | | | | | |

1. Income/Gain Codes:  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50.001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15.001-$50,000  L = $50.001-$100,000  M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000  P4 = More than $50,000,000
3. Value Method Codes:  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
   (See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C | 5/12/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 73. - Time Warner common stock (formerly AOL Time Warner) | | None | | | Sold | 11/18 | J | | |
| 74. - AT&T Corp. common stock | A | Dividend | J | T | | | | | |
| 75. - AT&T Wireless common stock | | None | | | Sold | 10/27 | J | | |
| 76. - BP PLC SPON ADR | A | Dividend | | | Sold | 11/19 | K | D | |
| 77. - ML Russell 2000 Index due 09/30/2004 | | None | | | Matured | 9/30 | J | A | |
| 78. - Biogen IDEC Inc. common stock (formerly Biogen Inc.) | | None | | | Sold | 2/18 | J | C | |
| 79. - Cisco Systems Inc. common stock | | None | J | T | | | | | |
| 80. - Comcast Corp. New Class A, common stock | | None | J | T | | | | | |
| 81. - Comcast Corp. New Class A Special, common stock | | None | J | T | | | | | |
| 82. - Hewlett Packard Co. common stock | A | Dividend | J | T | | | | | |
| 83. - Fulton Financial Corp common stock | A | Dividend | J | T | | | | | |
| 84. - General Electric common stock | A | Dividend | | | Sold | 11/17 | K | A | |
| 85. - H.J. Heinz Co.PV $.25 Preferred | A | Dividend | | | Sold | 12/17 | J | | |
| 86. - Hershey Foods Corp common stock | A | Dividend | | | Sold | 11/17 | J | D | |
| 87. - Kinder Morgan Inc. common stock | A | Dividend | | | Sold | 11/17 | J | D | |
| 88. - Legacy Bank of Harrisburg | | None | J | T | | | | | |
| 89. - Eli Lilly & Co. common stock | A | Dividend | J | T | | | | | |
| 90. - Medtronic Inc. common stock | A | Dividend | K | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000. | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = $More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C | 5/12/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 91. - Microsoft Corp common stock | A | Dividend | J | T | | | | | |
| 92. - Motorola Inc. common stock | A | Dividend | | | Sold | 11/22 | J | C | |
| 93. - NASDAQ 100 Trust | A | Dividend | | | Sold | 11/17 | J | B | |
| 94. - Oracle Corp common stock | | None | | | Sold | 12/13 | J | D | |
| 95. - PPG Industries Inc. common stock | A | Dividend | | | Sold | 11/17 | K | C | |
| 96. - Pfizer Inc. PV $.05 Pfd. | A | Dividend | J | T | | | | | |
| 97. - SBC Communications Inc. PV $1.00 | A | Dividend | | | Sold | 1/13 | J | | |
| 98. - Susquehanna Bancshares Inc. common stock | A | Dividend | J | T | | | | | |
| 99. - Verizon Communications common stock | A | Dividend | J | T | | | | | |
| 100. - Worldcom Inc. - Worldcom Group common stock | | None | | | Abandoned | 4/22 | | | |
| 101. - Alliance Bernstein Intl. Premier Growth Fund Class A | | None | J | T | | | | | |
| 102. - ML Fundamental Growth Fund Class A | | None | J | T | | | | | |
| 103. - ML Fundamental Growth Fund Class B | | None | K | T | | | | | |
| 104. - ML Global Value Fund Class B | | None | J | T | Converted | 11/8 | J | | |
| 105. - ML Global Value Fund Class A (formerly Class B) | A | Dividend | J | T | Converted | 11/8 | J | | |
| 106. - ML Global Growth Fund Class B | | None | J | T | | | | | |
| 107. - ML Global Allocation Fund Class B | A | Dividend | J | T | | | | | |
| 108. - ML S&P 500 Index Fund Class A | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C | 5/12/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 109. - Del Monte Foods Co. common stock | | None | | | Sold | 12/31 | J | A | |
| 110. - International Business Machine common stock | A | Dividend | | | Sold | 11/17 | J | A | |
| 111. - J. P. Morgan Chase common stock | A | Dividend | J | T | | | | | |
| 112. - Merck & Co. Inc. common stock | A | Dividend | J | T | | | | | |
| 113. - Medco Health Solutions common stock | | None | | | Sold | 11/16 | J | A | |
| 114. - Wells Fargo & Co. common stock | A | Dividend | | | Sold | 11/17 | J | B | |
| 115. - GMAC Note, Ser SMN1, floating rate, due 7/15/11 | A | Interest | K | T | Bought | 7/8 | K | | |
| 116. - Bank of America Corp. common stock | A | Dividend | J | T | Bought | 10/19 | J | | |
| 117. - Constellation Brands Inc. common stock | | None | J | T | Bought | 10/19 | J | | |
| 118. - Deutshe Bank AG common stock | A | Dividend | J | T | Bought | 10/19 | J | | |
| 119. - Pepsi Bottling Group Inc. common stock | A | Dividend | J | T | Bought | 10/19 | J | | |
| 120. - Proctor & Gamble Company common stock | A | Dividend | J | T | Bought | 10/19 | J | | |
| 121. - Yum Brands Inc. common stock | A | Dividend | J | T | Bought | 10/19 | J | | |
| 122. MERRILL LYNCH IRRA #2 | A | Dividend | J | T | | | | | |
| 123. - ML Retirement Reserves Cl. 1 | | | | | | | | | |
| 124. - Putnam New Opportunities Fund Class A and B | | | | | | | | | |
| 125. - Putnam Fund for Growth and Income Class A and B | | | | | | | | | |
| 126. - Putnam Voyager Fund Class A and B | | | | | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes:   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C | 5/12/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br><br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 127. - Putnam Diversified Income Trust Class A and B (formerly B) | | | | | | | | | |
| 128. - Putnam Global Equity Funds Class A and B | | | | | | | | | |
| 129. TRUSTEE ACCOUNT #1 | | | | | | | | | |
| 130. - Cash equivalent account | A | Interest | J | T | | | | | |
| 131. Bison Lodge, Inc. hunting camp | | None | K | V | | | | | |
| 132. Conseco Life Insurance Co. - flexible life insurance policy | | None | J | T | | | | | |
| 133. MORGAN STANLEY IRA #1 | | | | | | | | | |
| 134. - Cash equivalent accounts | A | Interest | J | T | Bought | Var | J | | |
| 135. - Colgate Palmolive Company common stock | A | Dividend | J | T | Bought | 9/28 | J | | |
| 136. - DTE Energy Company | A | Dividend | J | T | Bought | 12/8 | J | | |
| 137. - Small-Mid Special Value Fund | A | Dividend | J | T | Bought | 9/24 | J | | |
| 138. - Van Kampen Comstock Fund A | A | Dividend | J | T | Bought | 9/24 | J | | |
| 139. - AIM Gold & Precious Metals Fund A | A | Dividend | J | T | Bought | 9/24 | J | | |
| 140. - CVS Corporation common stock | | None | | | Bought | 10/13 | J | | |
| 141. | | | | | Sold | 10/28 | J | A | |
| 142. - Dow Chemical Company common stock | | None | | | Bought | 9/24 | J | | |
| 143. | | | | | Sold | 10/6 | J | B | |
| 144. - Unibanco GDS common stock | | None | | | Bought | 10/4 | J | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C | 5/12/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br><br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br><br>Amount<br>Code 1<br>(A-H) | (2)<br><br>Type (e.g.<br>div, rent. or<br>int.) | (1)<br><br>Value<br>Code 2<br>(J-P) | (2)<br><br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br><br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 145. | | | | | Sold | 12/27 | J | B | |
| 146. Rental property, Mechanicsburg, PA | D | Rent | N | R | Bought | 4/28 | N | | W. Bennett & ▓▓▓▓ |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Conner, Christopher C | 5/12/2005 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

Part II, Line 1;  List of shareholders of Mette Evans & Woodside (filer was a participant in the pension plan until September 14, 2004):

| | | |
|---|---|---|
| Howell C. Mette | James M. Strong | Michael L. Mixell |
| Robert Moore | Katheryn L. Simpson | Mary A. Busby |
| Charles B. Zwally | Thomas F. Smida | Matthew E. Hamlin |
| Peter J. Ressler | Andrew H. Dowling | John F. Yaninek |
| Lloyd R. Persun | Michael D. Reed | Vickie A. Trimmer |
| Jay W. Waldman | Paula J. Leicht | Timothy A. Hoy |
| James A. Ulsh | Gary J. Heim | |
| Daniel L. Sullivan | Jeffrey A. Ernico | |

Part VII, Line 57, Brokerage Account #7; This is a custodial account for which the filer is not the custodian. Only one individual asset in the account has a value in excess of $1,000.

Part VII, Line 59, Brokerage Account #8; This is a custodial account for which the filer is not the custodian. Only two individual assets in the account have a value in excess of $1,000.

Part VII, Line 62, Brokerage Account #9; This is a custodial account for which the filer is not the custodian. Only two individual assets in the account have a value in excess of $1,000.

Part VII, Line 65, Brokerage Account #10; This is a custodial account for which the filer is not the custodian. Only one individual asset in the account has a value in excess of $1,000.

Part VIII, Line 68, Pension Plan #1; The plan assets were liquidated, and all funds were directly rolled over into Morgan Stanley IRA #1 (Part VIII, Line 133).

Part VII, Line 131; Value of Bison Lodge Inc. hunting camp is the value assigned to a shareholder.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ▬▬▬▬▬▬▬  Date  5/12/05

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544